[No. 49424-4-I.   Division One.   May 12, 2003.]

*In the Matter of the Personal Restraint of* RONALD J. BRENNAN, JR., *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ. Now published at 117 Wn. App. 797.

[No. 49611-5-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *on the relation of Shamar R. Smith,* ET AL., *Respondents*, v. RAYMOND CURRY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-5-00768-8, Leonid Ponomarchuk, J. Pro Tem., entered November 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49644-1-I.   Division One.   May 12, 2003.]

ELLIS COURT APARTMENTS LIMITED PARTNERSHIP, *Respondent*, v. STATE FARM FIRE AND CASUALTY COMPANY, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 00-2-17737-2, J. Kathleen Learned, J., entered June 22 and August 31, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Baker, JJ. Now published at 117 Wn. App. 807.

[No. 49860-6-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. IBRAHIM QERIMI, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 01-1-03580-7, Joan E. DuBuque, J., entered December 13 and 17, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.